UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**STEFANO MARKELL PARKER,**
    Plaintiff

v.

**LINDA JONES,**
    Defendant.

Case No. 2:23-cv-964-CLM-NAD

## MEMORANDUM OPINION

    The magistrate judge has entered a report (doc. 19), recommending that the court dismiss this case under 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief may be granted. The magistrate judge advised the plaintiff of his right to file specific written objections within 14 days (*id.*, pp. 11–12), but the court has received no objections and the time for filing them has expired.

    Having reviewed and considered de novo all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court will **DISMISS** this case **WITH PREJUDICE** for failure to state a claim upon which relief could be granted.

    The court will enter a separate final judgment that closes this case.

    **Done** and **Ordered** on October 28, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE